IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ISMAEL ESCAMILLA, JR. | § | |
| *Plaintiff* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. _____ |
| | § | |
| JOHN DOE AND AUTO LINEAS | § | |
| AMERICA, S.A. DE C.V. | § | |
| *Defendants* | § | |
| | § | |

### DEFENDANT AUTO LINEAS AMERICA, S.A. DE C.V.'S NOTICE OF CONSENT TO REMOVAL

Defendant Auto Lineas America, S.A. DE C.V. files this consent to removal under 28 U.S.C. §1446(b)(2).

1. Plaintiff is Ismael Escamilla, Jr.; Defendants are John Doe and Auto Lineas America, S.A. DE C.V.

2. On August 30, 2021, Plaintiff sued Defendants stating that on May 22, 2021, Defendant John Doe improperly parked his vehicle on a traffic lane, without any use of any emergency equipment. Plaintiff asserts Plaintiff's vehicle collided with Defendant John Doe's vehicle, in the 49th Judicial District Court, Cause No. 2021CVA001667D1, Webb County, Texas.

3. It is unknown at this time if Defendant John Doe has actually received the notice of suit and accompanying complaint.

4. On December 22, 2021, Defendant Auto Lineas America, S.A. DE C.V. filed a Notice of Removal to Federal Court.

5. Defendant Auto Lineas America, S.A. DE C.V. agrees with the notice of removal and consents to removal of this suit to federal court.

Respectfully submitted,

**CHAVES, OBREGON & PERALES, L.L.P.**
802 N. Carancahua, Suite 2100
Corpus Christi, TX  78470
(361) 884-5400
(361) 884-5401 (facsimile)

By: ___/s/ Douglas E. Chaves_____
   DOUGLAS E. CHAVES
   State Bar No. 04161400
   Federal Bar ID No. 1895
   dchaves@coplawfirm.com
   AIDAN PERALES
   State Bar No. 24027604
   Federal Bar ID No. 27471
   aperales@coplawfirm.com
**ATTORNEYS FOR DEFENDANT
AUTO LINEAS AMERICA, S.A. DE C.V.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been served upon all counsel of record to this proceeding by the manner indicated below, on this 22nd day of December 2021.

/s/ Douglas E. Chaves
DOUGLAS E. CHAVES

*Via e-serve*
THE GREEN LAW FIRM, P.C.
34 S. Coria St.
Brownsville, Texas 78520
Jorge A. Green
jorge@thegreenlawfirm.com
Leticia Garza
lety@thegreenlawfirm.com
David M Roerig
david@thegreenlawfirm.com
spencer@dobbslawfirm.com
**ATTORNEY FOR PLAINTIFF
ISMAEL ESCAMILLA, JR**

## NOTICE OF ELECTRONIC FILING

I HEREBY CERTIFY that I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court for the Southern District of Texas on the 22nd day of December, 2021.

/s/ Douglas E. Chaves
Attorney- In Charge